186 So. 920

**C. F. KING v. T. J. EVANS, Trustee.**
**8 Div. 743.**

Court of Appeals of Alabama.
Jan. 19, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

177 So. 922

**Clarence KING v. STATE.**
**4 Div. 371.**

Court of Appeals of Alabama.
Nov. 23, 1937.

Winn & Winn, of Clayton, for appellant.

A. A. Carmichael, Atty. Gen., and Clarence M. Small and Horace L. Flurry, Asst. Attys. Gen., for the State.

RICE, Judge.
Affirmed.

189 So. 921

**J. B. KING v. STATE.**
**8 Div. 799.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 923

**Jerry KING, Jr., v. STATE.**
**2 Div. 611.**

Court of Appeals of Alabama.
Nov. 2, 1937.

SAMFORD, Judge.
Appeal dismissed.

176 So. 923

**Sarah Jane KING v. STATE.**
**2 Div. 616.**

Court of Appeals of Alabama.
Nov. 2, 1937.

RICE, Judge.
Affirmed.

184 So. 917

**E. C. KINNEY v. L. C. ISBELL.**
**8 Div. 735.**

Court of Appeals of Alabama.
Nov. 17, 1938.

W. Marvin Scott, of Cullman, for appellant.

D. Isbell, of Guntersville, for appellee.

PER CURIAM.
Appeal dismissed.